| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Aaron D. Aftergood (SBN 239853)<br>aaron@aftergoodesq.com<br>1880 Century Park East, Suite 200<br>Los Angeles, California 90067<br>Telephone: (310) 551-5221<br>Facsimile: (310) 496-2840 | | |
| ATTORNEY(S) FOR: | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Tracy Eggleston, et al.<br><br>Plaintiff(s),<br>v.<br>Direct Protect Security & Surveillance, Inc.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff Eggleston and the alleged class
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Woodrow & Peluso, LLC | Counsel for Plaintiff and the alleged class |
| Aaron D. Aftergood | Counsel for Plaintiff and the alleged class |

25/11/2019                          /s/ Aaron Aftergood
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff