1  **THE AFTERGOOD LAW FIRM**
2  Aaron D. Aftergood (239853)
   aaron@aftergoodesq.com
3  1880 Century Park East, Suite 200
   Los Angeles, CA 90067
4  Telephone: (310) 551-5221
   Facsimile: (310) 496-2840

5  **WOODROW & PELUSO, LLC**
   Patrick H. Peluso*
6  ppeluso@woodrowpeluso.com
   Taylor T. Smith*
7  tsmith@woodrowpeluso.com
   3900 East Mexico Avenue, Suite 300
8  Denver, Colorado 80210
   Telephone: (720) 213-0675
9  Facsimile: (303) 927-0809

10  *Pro Hac Vice* admission to be filed

11  Attorneys for Plaintiff Tracy Eggleston
    and the Class
12

13  **UNITED STATES DISTRICT COURT**

14  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **TRACY EGGLESTON,** individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>**DIRECT PROTECT SECURITY & SURVEILLANCE, INC.** a California corporation,<br><br>                  Defendants. | Case No. 2:19-cv-10071-VAP-RAO<br><br>**NOTICE OF ERRATA TO PLAINTIFF TRACY EGGLESTON'S CLASS ACTION COMPLAINT**<br><br>Hon. Virginia A. Phillips<br><br>Complaint Filed: November 25, 2019 |

Plaintiff Tracy Eggleston ("Plaintiff") respectfully submits this errata to her Class Action Complaint ("Complaint"), which was filed on November 25, 2019, at Docket No. 1, in order to correct an error. At page 10, the Complaint does not contain a signature of Plaintiff's counsel. A corrected Complaint is attached hereto

as Exhibit A, which contains the signature of Plaintiff's counsel and makes no other changes.

Respectfully submitted,

Dated: December 2, 2019     **Tracy Eggleston**, individually and on behalf of all others similarly situated,

By:    s/ Aaron D. Aftergood
        One of Plaintiff's Attorneys

**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 551-5221
Facsimile: (310) 496-2840

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

**Pro Hac Vice* admission to be sought

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on December 2, 2019.

s/ Aaron D. Aftergood