Aaron D. Aftergood (239853)
  aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Patrick H. Peluso (*admitted pro hac vice*)
  ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Tracy Eggleston,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Direct Protect Security and Surveillance, Inc.**, a California corporation,<br><br>Defendant. | Case No.  2:19-cv-10071-VAP-RAO<br><br>**NOTICE OF MOTION AND MOTION FOR ALTERNATIVE SERVICE UPON DIRECT PROTECT SECURITY AND SURVEILLANCE, INC.**<br><br>Date: February 24, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Virginia A. Phillips<br>Courtroom: 8A<br>Complaint Filed: November 25, 2019 |

**PLEASE TAKE NOTICE** that on Monday, February 24, 2020, at 2:00 p.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Tracy Eggleston (Plaintiff" or "Eggleston") shall appear before the Honorable Virginia A. Phillips or any judge sitting in her stead in Courtroom 8A of the United States District Court

for the Central District of California, 350 W. 1st Street, Los Angeles, CA 90012, and present Plaintiff's Motion for Alternative Service upon Direct Protect Security and Surveillance, Inc.

The undersigned further states that that compliance with Local Rule 7-3 is not feasible because Direct Protect Security and Surveillance, Inc. has not yet appeared in this litigation.

This Motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities and exhibits, oral argument of counsel, and any other matter that may be submitted at the hearing.

Respectfully submitted,

Dated: January 20, 2020

**Tracy Eggleston**, individually and on behalf of all others similarly situated,

By:    */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Patrick H. Peluso (*admitted pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

## MEMORANDUM OF POINTS AND AUTHORITIES

On November 25, 2019, Plaintiff brought this alleged class action lawsuit alleging wide-scale violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA" or "Act"). (Dkt. 1.) To date, Plaintiff has been unable to serve Defendant Direct Protect Security and Surveillance, Inc. ("Direct Protect").

The California Corporate Code provides for alternative service upon a corporation by delivering the documents by hand to the Secretary of State when a Court finds, supported by affidavit, that the registered agent for service cannot be found with reasonable diligence and issues an order stating as such. *See* Cal. Corp. Code § 1702(a). According to its most recent California Secretary of State business filing, Direct Protect's registered agent for service of process, Matthew Leibelt, is located at 216 E. 18th St., Costa Mesa, California 92627. (*See* Direct Protect Statement of Information, a true and accurate copy of which Ex. A.)

On November 27, 2019, this Court issued a summons directed to Direct Protect. (*See* Dkt. 11.) Plaintiff, via process server, has attempted to serve the summons and a copy of the Complaint on Direct Protect on five separate occasions—December 5, 2019, December 7, 2019, December 9, 2019, December 12, 2019, and December 14, 2019—at the registered agent's address. (*See* Declaration of Diligence, a true and accurate copy of which is attached hereto as Ex. B.) On each occasion, Direct Protect's registered agent was either not home or refused to answer the door. (*See* Ex. B.)

Despite repeated service attempts, Plaintiff has been unable to effectuate service upon Defendant. As detailed above and supported by affidavits, Plaintiff has made reasonable and diligent attempts to serve Defendant Direct Protect and has been unable to complete service. Therefore, in accordance with Cal. Corp. Code §

1702, Plaintiff respectfully requests that the Court issue an order permitting alternative service by way of serving process upon the California Secretary of State as Defendant's agent.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant the present motion and issue an order permitting Plaintiff to effectuate service upon Defendant Direct Protect by means of service upon California's Secretary of State, and for such additional relief as the Court deems necessary and just.

Respectfully submitted,

Dated: January 20, 2020

**Tracy Eggleston**, individually and on behalf of all others similarly situated,

By:  */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Patrick H. Peluso (*admitted pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on January 20, 2020.

*/s/ Taylor T. Smith*