# EXHIBIT A

13-057276



# State of California
## Secretary of State
### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

S  35

**FILED**
Secretary of State
State of California

JUN 1 0 2013

See Secretary of State's records for exact entity name.

This Space for Filing Use Only

| 1. CORPORATE NAME |
|---|
| Direct Protect Security and Surveillance, Inc. |

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C3334114 |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 3151 Airway Avenue, Suite F-205 | Costa Mesa | CA | 92626 |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 3151 Airway Avenue, Suite F-205 | Costa Mesa | CA | 92626 |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | Same | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | Matthew Leibelt | 216 E. 18th Street | Costa Mesa | CA | 92627 |
| 8. SECRETARY | Matthew Leibelt | 216 E. 18th Street | Costa Mesa | CA | 92627 |
| 9. CHIEF FINANCIAL OFFICER/ | Matthew Leibelt | 216 E. 18th Street | Costa Mesa | CA | 92627 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | Matthew Leibelt | 216 E. 18th Street | Costa Mesa | CA | 92627 |
| 11. | James Melad | 222 20th Street | Huntington Beach | CA | 92648 |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Matthew Leibelt |

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 216 E. 18th Street | Costa Mesa | CA | 92627 |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Sales and Installation of Security Systems

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 04/24/2013 | Matthew Leibelt | President | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)                                                                 APPROVED BY SECRETARY OF STATE