# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Woodrow & Peluso LLC<br>Patrick H. Peluso*<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>        TELEPHONE NO:   (720) 907-7628                FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>    ATTORNEY FOR *(Name)*:   Tracy Eggleston and the Class | |

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**   Central District of California, Western Division |
|---|
| STREET ADDRESS:   350 W. 1st St., Ste. 4311<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:   Los Angeles, 90012<br>BRANCH NAME:   United States District Court |

| PLAINTIFF / PETITIONER:   Tracy Eggleston, et al.<br>DEFENDANT / RESPONDENT:   Direct Protect Security & Surveillance, Inc. | CASE NUMBER:<br>2:19-cv-10071-VAP-RAO |
|---|---|
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>4041213 (5344-01) |

I received the within assignment for filing and or/service on: Dec 2, 2019 at 12:44pm PST and that after due and diligent effort I have been unable to serve said person. I attempted service on this servee on the following dates and times:

**Servee and Address:**   Direct Protect Security & Surveillance, Inc., 216 E. 18th Street, Costa Mesa, CA 92627

**Documents:**   Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Notice of Errata to Plaintiff Tracy Eggleston's Class Action Complaint; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program

**As enumerated below:**

1) Attempt: Dec 5, 2019, 1:20 pm PST at 216 E. 18th Street, Costa Mesa, CA 92627
Location is a residence not a business. Spoke to agent over the ring doorbell system at front door. He said he was not home at the moment but we could try back tomorrow

2) Attempt: Dec 7, 2019, 7:50 am PST at 216 E. 18th Street, Costa Mesa, CA 92627
No answer at the door no answer on the camera doorbell system. Did not see any movement or activity

3) Attempt: Dec 9, 2019, 7:20 pm PST at 216 E. 18th Street, Costa Mesa, CA 92627
No answer no changes. Did not see any lights or activity on inside

4) Attempt: Dec 12, 2019, 8:35 pm PST at 216 E. 18th Street, Costa Mesa, CA 92627
No answer at the door or over the camera doorbell system. Lights are on inside all blinds are closed cannot see any movement

5) Attempt: Dec 14, 2019, 9:20 am PST at 216 E. 18th Street, Costa Mesa, CA 92627
No answer no changes. Does not beer anybody is home do not see any Movement.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 23, 2019

_____                    12/23/2019
Frank Harrigan                                                    **Date**
Orange County Reg. No. PSC1530

Inservio3
18013 Sky Park Circle, Suite C
Irvine, CA 92614