1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Tracy Eggleston,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Direct Protect Security and Surveillance, Inc.**, a California corporation,<br><br>Defendant. | Case No. 2:19-cv-10071-VAP-RAO<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE UPON DIRECT PROTECT SECURITY AND SURVEILLANCE, INC.**<br><br>Date: February 24, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Virginia A. Phillips<br>Courtroom: 8A<br>Complaint Filed: November 25, 2019 |

---

[Proposed] Order Granting Motion for Alternative Service Upon Direct Protect Security and Surveillance, Inc.

- 1 -

1 | Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion for Alternative Service upon Direct Protect Security and Surveillance, Inc. should be granted, and hereby orders as follows:

    1. The Motion is GRANTED.

    2. Plaintiff shall serve the Complaint, Summons, and all other relevant initiating documents upon Direct Protect Security and Surveillance, Inc. by hand delivering the documents to the California Secretary of State.

**IT IS SO ORDERED.**

    Hon. Virginia A. Phillips
    United States District Judge