1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Tracy Eggleston,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Direct Protect Security and Surveillance, Inc.**, a California corporation,<br><br>Defendant. | Case No.  2:19-cv-10071-VAP-RAO<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS**<br><br>Date: March 23, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Virginia A. Phillips<br>Courtroom: 8A<br>Complaint Filed: November 25, 2019 |

1 | Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion for Extension of Time to Effectuate Service of Process should be granted, and hereby orders as follows:

1. The Motion is GRANTED.
2. The deadline to serve all defendants is hereby extended by sixty (60) days.
3. Plaintiff shall serve Defendant Direct Protect Security and Surveillance, Inc. on or before April 22, 2020.

**IT IS SO ORDERED.**

_____
Hon. Virginia A. Phillips
United States District Judge