UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Tracy Eggleston,

        Plaintiff,

        v.

Direct Protect Security and Surveillance, Inc.,

        Defendant.

2:19-cv-10071-VAP-RAO

**Order GRANTING Plaintiff's Motion for Extension of Time to Effectuate Service of Process (Doc. No. 19).**

Having considered the moving papers and all other matters presented to the Court, the Court finds good cause for a short extension of time. The Court grants an extension of thirty (30) days from the entry of this Order for Plaintiff to effectuate service. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: 3/16/20

                                    Virginia A. Phillips
                                  Chief United States District Judge