# EXHIBIT B

## Declaration of Diligence

| Case:<br>2:19-cv-10071-VAP-RAO | Court:<br>United States District Court | County:<br>Central District of California, Western Division, CA | Job:<br>4353130 (6525-01) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Tracy Eggleston, et al. | | Defendant / Respondent:<br>Direct Protect Security & Surveillance, Inc. | |
| Received by:<br>Inservio3 | | For:<br>Woodrow & Peluso LLC | |
| To be served upon:<br>Direct Protect Security & Surveillance, Inc. | | | |

I, Ron Lucero, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Direct Protect Security & Surveillance, Inc., 222 20th Street, Huntington Beach, CA 92648 |
| Manner of Service: | Bad Address |
| Documents: | Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Notice of Errata to Plaintiff Tracy Eggleston's Class Action Complaint; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Standing Order; Notice to Parties of Court-Directed ADR Program (Received Feb 26, 2020 at 3:43pm PST) |

**Witness fees were offered or demanded and paid:**

**Additional Comments:**
1) Unsuccessful Attempt: Mar 2, 2020, 11:03 am PST at 222 20th Street, Huntington Beach, CA 92648
Talked to the couple that lives there and they said he lived there before them but that was 3 years ago, and that ever since they moved in people have been coming by looking for him.

**Person serving:**
a. ☐ Not a registered California process server.
b. ☐ California sheriff or marshal.
c. ☒ Registered California process server.
d. ☐ Employee or independent contractor of a registered California process server.
e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
f. ☐ Registered professional photocopier.
g. ☐ Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:
   Ron Lucero
   6069
   Inservio3
   18013 Sky Park Circle, Suite C
   Irvine CA 92614
   (949) 777-5496

_[signature]_   03/13/2020

Ron Lucero                                              Date
6069