# EXHIBIT C

## Declaration of Diligence

| Case:<br>2:19-cv-10071-VAP-RAO | Court:<br>United States District Court | County:<br>Central District of California, Western Division, CA | Job:<br>4408139 (6693-01) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Tracy Eggleston, et al. | | Defendant / Respondent:<br>Direct Protect Security & Surveillance, Inc. | |
| Received by:<br>Inservio3 | | For:<br>Woodrow & Peluso LLC | |
| To be served upon:<br>Direct Protect Security & Surveillance, Inc. | | | |

I, Frank Harrigan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Direct Protect Security & Surveillance, Inc., 3151 Airway Ave #F205, Costa Mesa, CA 92626
**Manner of Service:** Unsuccessful Attempt
**Documents:** AO 440 Summons in a Civil Action; Civil Covr Sheet; Class Action Complaint; Notice of Errata to Plaintiff; Standing Order; Notice to Parties of Court-Directed ADR Program

**Witness fees were offered or demanded and paid:**

**Additional Comments:**
1) Unsuccessful Attempt: Mar 16, 2020, 3:15 pm PDT at 3151 Airway Ave #F205, Costa Mesa, CA 92626
Doors closed and locked. It looks partially empty inside but there's still desks. No lights on. The name of the business is on a plaque by the door. No hours posted.

2) Unsuccessful Attempt: Mar 18, 2020, 9:30 am PDT at 3151 Airway Ave #F205, Costa Mesa, CA 92626
No changes. Door is closed and locked and no lights on inside. No movement no activity

3) Unsuccessful Attempt: Mar 20, 2020, 10:55 am PDT at 3151 Airway Ave #F205, Costa Mesa, CA 92626
No changes. Does not look like office is being used. A lot of junk on the floor and there does not seem to be any computers on the couple of desks I can see. Does not appear anybody has been in or comes in.

4) Unsuccessful Attempt: Mar 23, 2020, 1:20 pm PDT at 3151 Airway Ave #F205, Costa Mesa, CA 92626
No changes does not appear anybody has been in a route. Does not look like office is being used

5) Unsuccessful Attempt: Mar 25, 2020, 11:15 am PDT at 3151 Airway Ave #F205, Costa Mesa, CA 92626
No changes - We have exhausted all 5 attempts for this order & will be closing it out.

**Person serving:**
a. ☐ Not a registered California process server.
b. ☐ California sheriff or marshal.
c. ☒ Registered California process server.
d. ☐ Employee or independent contractor of a registered California process server.
e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
f. ☐ Registered professional photocopier.
g. ☐ Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:
   Frank Harrigan
   Orange County Reg. No. PSC1530
   Inservio3
   18013 Sky Park Circle, Suite C
   Irvine CA 92614
   (949) 777-5496

_____   03/25/2020
Frank Harrigan                   **Date**
Orange County Reg. No. PSC1530